PAUL HORGAN
Attorney at Law
State Bar No. 48028
800 Wilshire Boulevard, Suite 1510
Los Angeles, California  90017
Telephone:  (213) 622-2717
Facsimile:  (213) 622-0445
Email:  phorgan@sbcglobal.net

Attorney for Defendant
JOSE CRUZ SALDANA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.: CR 07-01172-DDP |
| ) | |
| Plaintiff, ) | NOTICE OF MOTION AND MOTION |
| ) | FOR JOINDER BY DEFENDANT |
| v. ) | JOSE CRUZ SALDANA IN MOTION |
| ) | FOR DISCOVERY OF GANG |
| JOSE CRUZ SALDANA, et al., ) | INFORMATION |
| ) | |
| Defendants. ) | Date: April 26, 2010 |
| _____ ) | Time: 3:00 p.m. |

TO: PLAINTIFF UNITED STATES OF AMERICA AND ITS ATTORNEYS OF RECORD, U.S. ATTORNEY ANDRE BIROTTE, JR., AND ASSISTANT U.S. ATTORNEYS KEVIN M. LALLY AND MILI T. MOGHADDAM:

PLEASE TAKE NOTICE that defendant Jose Cruz Saldana, by and through his attorney of record, Paul Horgan, hereby joins in the Motion for Discovery of Gang Information filed by defendant Leonidas Iraheta on April 5, 2010, and set for hearing on April 26, 2010.

Respectfully submitted,


Dated: April 22, 2010            _____/S/_____
                                 PAUL HORGAN
                                 Attorney for Defendant
                                 JOSE CRUZ SALDANA